# UNITED STATES DISTRICT COURT
## District of Minnesota

Anthony E Ntamere,

    Plaintiff,

v.

Amerihealth Adminstrators Inc, Jane Doe, Independence Blue Cross of PA, Jeffrey Kearns, Equal Employment Opportunity Commission, Keith Ellison, Rebecca Lucero, Tom Bernette,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-2682 KMM/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation dated January 17, 2024, ECF 85, is ACCEPTED;
2. Plaintiff's Objections, ECF 87, are OVERRULED;
3. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, ECF 74, is GRANTED for the same reasons and on the same terms the Court stated in its November 14, 2023 Order of dismissal, ECF 59, with one modification included below;
4. The Second Amended Complaint is DISMISSED as follows:
a. Plaintiff's claims against Ms. Czarnecki and the EEOC are dismissed without prejudice (see ECF 58);
b. Plaintiff's claims against John Clayton, Tashima Waller, and Michele Schumacher are dismissed without prejudice for lack of personal jurisdiction (see ECF 59);
c. Plaintiff's § 1983 claims against Amerihealth Administrators Inc. are dismissed with prejudice for failure to state a claim;
d. Plaintiff's § 1981 discrimination claims against IBC, AHA, and Jeffrey Kearns are dismissed with prejudice for failure to state a claim;
e. Plaintiff's § 1981 retaliation claims against IBC and AHA are dismissed with prejudice for

    failure to state a claim;

f. Plaintiff's § 1983 claim against the MDHR is dismissed without prejudice;

g. Plaintiff's § 1983 official-capacity claims for damages against Defendants Attorney General Keith Ellison, MDHR Commissioner Rebecca Lucero, and MDHR Lead Investigator Tom Bernette in their official capacities are dismissed without prejudice because they are barred by the Eleventh Amendment;

h. Plaintiff's § 1983 official-capacity claims for injunctive and declaratory relief against Defendants Attorney General Keith Ellison, MDHR Commissioner Rebecca Lucero, and MDHR Lead Investigator Tom Bernette are dismissed without prejudice for failure to state a claim; and

i. Plaintiff's state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

Date: 7/31/2024                                                            KATE M. FOGARTY, CLERK